USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 0 5 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TYRONE NOWLIN,

                Plaintiff,

-v-

WILLIAM A. LEE, ET. AL.,

                Defendants,
------------------------------------------------------------------X

11 Civ. 2560 (AJN)

OPINION AND ORDER

ALISON J. NATHAN, District Judge:

    Defendants filed a Motion to Dismiss in the above-captioned case on April 25, 2013. Dkt. No. 47. The Notice of Motion indicates that it was filed on behalf of Defendants William A. Lee, Barry A. Stevens, Jorge Vazquez, and Kerbin Wickham. It does not indicate that it was filed on behalf of C.O. Ms. Vasquez. However, the memorandum in support of the motion seeks dismissal of "plaintiff's Complaint…in its entirety with prejudice." Def. Br. at 12.

    Counsel for the Defendants shall submit a letter to the Court, with a copy mailed to the Plaintiff, on or before December 9, 2013, indicating whether the Motion to Dismiss is submitted on behalf of all Defendants or only the four defendants named in the Notice of Motion.

    SO ORDERED:

Dated: December 5, 2013
       New York, New York

                                    _____
                                    ALISON J. NATHAN
                                    United States District Judge

*COPY MAILED BY CHAMBERS
TO PRO SE PARTY OF RECORD.*